# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>RYAN I MEISTER<br>5068 BECKENHAM CT<br>COLUMBUS, OH  43230 | Case No:   05-70271<br><br>Judge:   C KATHRYN PRESTON |

SSN(S):     XXX-XX-2799

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:   January 08, 2010            /s/ Frank M. Pees
                                     _____
                                     Frank M. Pees
                                     Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| TRUELOGIC FINANCIAL CORP<br>1000 ABERNATHY RD NE<br>STE 155<br>ATLANTA, GA  303285623 | 67.11 |