# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RYAN I MEISTER  
5068 BECKENHAM CT  
COLUMBUS, OH  43230

Case No:    05-70271

Judge:    C KATHRYN PRESTON

SSN(S):    XXX-XX-2799

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   January 08, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| TRUELOGIC FINANCIAL CORP<br>1000 ABERNATHY RD NE<br>STE 155<br>ATLANTA, GA  303285623 | 573.57 |