# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No.  05-70271 |
| Ryan I Meister | | |
| 5068 Beckenham Ct | : | Chapter 13 |
| Columbus, Ohio 43230 | | |
| | : | Judge Preston |
| SSN(S): xxx-xx-2799 | | |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: February 12, 2010                     /s/ Frank M. Pees
                                             Frank M. Pees
                                             Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| TRUELOGIC FINANCIAL CORP<br>1000 ABERNATHY RD NE STE 155<br>ATLANTA, GA 30328-5623 | $45.16 |