## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>Ryan I Meister<br>5068 Beckenham Ct<br>Columbus, Ohio 43230<br><br>SSN(S): xxx-xx-2799 | :<br><br>:<br><br>: | Case No.  05-70271<br><br>Chapter 13<br><br>Judge Preston |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: February 12, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| TRUELOGIC FINANCIAL CORP<br>1000 ABERNATHY RD NE STE 155<br>ATLANTA, GA 30328-5623 | $45.16 |